**No. 52560.**—James E. Markham, Alien Property Custodian *v.* United States, protests 663306–G, etc. (Honolulu, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52561.**—Central Vermont Railway, Inc., et al. *v.* United States, protests 41212–K, etc. (St. Albans).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52562.**—Continental Ceramics Corp. et al. *v.* United States, protests 53245–K, etc. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52563.**—James E. Markham, Alien Property Custodian *v.* United States, protest 79424–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 52564.**—John Alban & Co., Inc., et al. *v.* United States, protests 57256–K, etc. (New York).

Opinion by JOHNSON, J. Certain items of the merchandise stipulated to consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269 were held subject to an allowance for tare of inedible coverings of 2½ percent from the net weight reported by the United States Weigher.

**No. 52565.**—J. S. Hoffman Co., Inc., et al. *v.* United States, protests 132980–K, etc. (New York).

Opinion by JOHNSON, J. Certain items of the merchandise stipulated to consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269 were held subject to an allowance for tare of inedible coverings of 2½ percent from the net weight reported by the United States Weigher.

**No. 52566.**—S. A. Haram *v.* United States, protests 938038–G, etc. (New York).

Opinion by JOHNSON, J. Certain items of the merchandise stipulated to consist of cheese similar in all material respects to that the subject of *Scaramelli*